

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00869-CR

Michael Rudi **SEEGER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2146
Honorable Maria Teresa Herr, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 31, 2014.

_____
Karen Angelini, Justice